**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION**

CRAIG MCALPINE, VPMA1, INC.,
JEFFREY EATHERTON and
ROBERT BUTTERY,

          Plaintiffs,

v.                                     Case No:  2:11-cv-618-FtM-38DNF

DR.ING.HC.F.PORSCHE A.G.,
PORSCHE CARS NORTH
AMERICA, INC., PORSCHE
AVIATION PRODUCTS, INC., GARY
BUTCHER and MOD WORKS, INC.,

          Defendants.
_____/

## ORDER

This matter comes before the Court on Stipulation of Voluntary Dismissal of Defendants Porsche Aviation Products, Inc., Gary Butcher, and Mod Works, Inc. (Doc. #142) filed on June 7, 2013.  Plaintiffs voluntarily dismiss this action with prejudice against Defendants Porsche Aviation Products, Inc., Gary Butcher, and Mod Works, Inc. pursuant to Federal Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

(1) The Stipulation of Voluntary Dismissal of Defendants Porsche Aviation Products, Inc., Gary Butcher, and Mod Works, Inc. (Doc. #142) is **GRANTED**. All claims and defenses by and between Plaintiffs and Defendants Porsche

Aviation Products, Inc., Gary Butcher, and Mod Works, Inc., are dismissed with prejudice pursuant to the Parties' stipulation.

(2) This case remains open as to Defendants Dr.ing.hc.f.Porsche A.G. and Porsche Cars North America, Inc.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record