**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

CRAIG MCALPINE, VPMA1, INC.,
JEFFREY EATHERTON and
ROBERT BUTTERY,

                Plaintiffs,

v.                                       Case No:  2:11-cv-618-FtM-38DNF

DR.ING.HC.F.PORSCHE A.G.,
PORSCHE CARS NORTH
AMERICA, INC., PORSCHE
AVIATION PRODUCTS, INC., GARY
BUTCHER and MOD WORKS, INC.,

                Defendants.

_____/

## <u>ORDER</u>

This matter comes before the Court on Stipulation of Voluntary Dismissal of Defendants Dr. Ing. h.c. F. Porsche A.G. and Porsche Cars North America, Inc. (Doc. #147) filed on June 12, 2013.  Plaintiffs voluntarily dismiss this action with prejudice against Defendants Porsche Cars North America, Inc. and Dr. Ing. h.c. F. Porsche A.G. pursuant to Federal Rule 41(a)(1)(A)(ii).

Accordingly, it is now

**ORDERED:**

(1) Pursuant to the Parties' stipulation, all claims and defenses by and between Plaintiffs and Defendants Porsche Cars North America, Inc. and Dr. Ing. h.c. F. Porsche A.G. are dismissed with prejudice.

(2) As these are the only remaining Defendants to this action, the Clerk is directed to terminate all pending motions and deadlines and **CLOSE the file**.

**DONE** and **ORDERED** in Fort Myers, Florida this 12th day of June, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record